UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WESCO, INC., Trustees of the UTILITY WORKERS UNION OF AMERICA NATIONAL HEALTH AND WELFARE FUND, together, on behalf of themselves and a class of all other similarly situated persons,<br><br>     Plaintiffs,<br><br> v.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY,<br><br>     Defendant. | Case No. 2:24-CV-12986<br><br>Judge: Hon. Denise Page Hood<br><br>Magistrate Judge: Hon. David R. Grand |

**STIPULATED ORDER TO EXTEND
DEADLINES FOR MOTION TO DISMISS BRIEFING**

The parties, by their undersigned counsel, hereby stipulate and agree to the entry of this Stipulated Order to extend the briefing deadlines for Defendant's Motion to Dismiss in the above-captioned case.

WHEREAS, Plaintiffs filed their Complaint on November 11, 2024 and served it by sending a Waiver of Service to Defendant on November 15, 2024.

WHEREAS, Defendant signed the Waiver of Service, thus setting a deadline of January 14, 2025 for Defendant to move to dismiss the Complaint.

WHEREAS, Defendant requested an extension of deadlines for its Motion to Dismiss, and Plaintiffs consented to that request.

THE PARTIES HEREBY STIPULATE to the following briefing schedule for Defendant's Motion to Dismiss:

- Defendant shall file its Motion to Dismiss by **January 28, 2025.**

- Plaintiffs shall file any opposition by **March 11, 2025.**

- Defendant shall file any reply by **April 1, 2025.**

IT IS SO ORDERED

Dated: December 23, 2024                *s/DENISE PAGE HOOD*
                                         Hon. Denise Page Hood
                                         United States District Judge

Dated: December 17, 2024.

SO STIPULATED AND AGREED:

<u>/s/ Perrin Rynders (w/ consent)</u>
Perrin Rynders (P38221)
Aaron M. Phelps (P64790)
Herman D. Hofman (P81297)
Justin M. Wolber (P85728)
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
prynders@varnumlaw.com
amphelps@varnumlaw.com
hdhofman@varnumlaw.com
jmwolber@varnumlaw.com

John W. Barrett (#568537)
Eric B. Snyder (*E.D. Mich. Application pending*)
BAILEY GLASSER
1055 Thomas Jefferson St. NW, Suite 540
Washington, D.C. 20007
(304) 340-2287
JBarrett@baileyglasser.com
ESnyder@baileyglasser.com

*Co-counsel for Plaintiffs and Putative Class*

Lauren Crummel (P73333)
WATKINS, PAWLICK, CALATI & PRIFTI, PC
1423 E. Twelve Mile Road
Madison Heights, MI 48071
(248) 658-0797
lcrummel@wpcplaw.com

<u>/s/ Sarah L. Cylkowski</u>
Sarah L. Cylkowski (P75952)
Alexandra C. Markel (P81705)
BODMAN PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48266
Telephone: (313-392-1077)
scylkowski@bodmanlaw.com
amarkel@bodmanlaw.com

Justin W. Bernick (DC Bar No. 988245, *E.D. Mich. Application forthcoming*)
Jennifer A. Fleury  (DC Bar No. 187503, *E.D. Mich. Application forthcoming*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

*Counsel for Defendant Blue Cross Blue Shield of Michigan Mutual Insurance Company*

*Co-counsel for Plaintiff Utility Workers Union of America National Health and Welfare Fund*